Melinda M. Morton, SB209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND
    SAVITCH LLP
1117 California Ave, Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile:  619.235.0398

Attorney for Defendant
Automattic, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company, | Case No. |
| | **DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT** |
| Plaintiffs, | (FEDERAL QUESTION) |
| v. | |
| AUTOMATTIC INC. dba WORDPESS.COM and DOES 1-10, | [REMOVED FROM SAN BERNARDINO COUNTY SUPERIOR COURT, CASE NO. CIVSB2200903] |
| Defendants. | TRIAL DATE:  NONE SET |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367 and 1441, Defendant Automattic Inc. ("Automattic" or "Defendant") hereby removes the action entitled *Randall Lee Rogers, Big Bear Moving Inc., Redlands Moving & Storage, Inc. and Big Bear Moving, LLC v. Automattic Inc. dba Wordpress and Does 1-10*, San Bernardino Superior Case No. CIVSB2200903, to this Court on the following grounds:

## I.      THE COMPLAINT AND STATE COURT PROCEEDINGS

1.      On January 12, 2022, Plaintiffs Randall Lee Rogers, Big Bear Moving Inc., Redlands Moving & Storage, Inc. and Big Bear Moving, LLC (collectively "Plaintiffs") commenced this action by filing a complaint in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVSB2200903, entitled Randall Lee Rogers, Big Bear Moving Inc., Redlands Moving & Storage, Inc. and Big Bear Moving, LLC v. Automattic Inc. dba Wordpress and Does 1-10, (the "Action").  Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons, Complaint, and Civil Cover Sheet (the "Complaint") served on Defendant Automattic on March 31, 2022, are submitted herewith.  *See* Declaration of Melinda M. Morton in Support of Automattic Inc.'s Notice of Removal ("Morton Decl."), Ex. 1.  True and correct copies of all other process, pleadings, and orders filed and served in the state court action are attached as Exhibit 2 to the Morton Declaration.

2.      Automattic is informed and believes that Exhibits 1 and 2 comprise the complete a complete copy of the Action file as of the date of this filing and that no further proceedings have been commenced in the state court action.

## II.     THIS COURT HAS FEDERAL JURISDICTION

### A.      Federal Question

3.      Federal courts have original jurisdiction over actions arising under the "laws…of the United States."  28 U.S.C. § 1331.

2

4.      The above-described state Action is a civil action containing claims over which the District Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1441 and is one that may be removed to the United States District Court by Defendant pursuant to 28 U.S.C. § 1441.

5.      In the Action, Plaintiffs assert a federal claim for "cybersquatting" under the Lanham Act (15 U.S.C. § 1125(d)).   This Court therefore has original jurisdiction over that claim pursuant to 28 U.S.C. §§ 1331.

6.      In addition to a claim under the Lanham Act, Plaintiffs also bring claims for "cyber piracy" under California law, and claims for "failure to transfer domain name" and "failure to disclos[e] the register."  To the extent the latter two claims arise under federal law, they are also a basis for removal.

**B.      Supplemental Jurisdiction**

7.      Supplemental jurisdiction arises under 28 U.S.C. § 1367, as Plaintiffs' state claims form part of the same case or controversy as the federal claim.  The state claims do not give rise to a novel or complex issue of state law; the state claims do not substantially predominate over the claim or claims over which the District Court has original jurisdiction; the District Court has not dismissed any claims over which it has original jurisdiction; and there are no compelling reasons for declining jurisdiction over the non-federal claims.

8.      In the instant case, the state claims and the federal claim(s) arise from the same common nucleus of operative fact.  Specifically, Plaintiffs' allegations all concern harm they claim to have suffered because Automattic has not transferred the domain name BigBearMoving.com, or disclosed the identity of its registrant, to Plaintiffs.  All these claims are so interrelated that Plaintiffs would ordinarily be expected to try them all in a single judicial proceeding.

**III.    VENUE AND INTRA-DISTRICT ASSIGNMENT**

9.      Pursuant to 28 U.S.C. § 1446(a), Defendant Automattic is filing this

Notice of Removal in the United States District Court for the Central District of California. This is the proper district for removal because the state Action is pending in the California Superior Court for San Bernardino County.

**IV.    THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT**

10.    This Notice of Removal is timely-filed as required by 28 U.S.C. § 1446(b).

11.    Does 1-10 have not been named or served.

12.    Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the Action to Plaintiffs and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of San Bernardino.

THEREFORE, the above Action now pending in the Superior Court of the State of California for the County of San Bernardino is hereby removed to this Court for determination.

DATED: May 2, 2022                PROCOPIO, CORY, HARGREAVES AND
                                  SAVITCH LLP


                                  By:  /s/ Melinda Morton
                                       Melinda M. Morton

                                  Attorney for Defendant
                                  AUTOMATTIC INC.

DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT
                                  CASE NO. CIVSB2200903