Melinda M. Morton, SB209373
mindy.morton@procopio.com
PROCOPIO, CORY, HARGREAVES AND
   SAVITCH LLP
1117 S California Ave, Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile:  619.235.0398

Attorney for Defendant
Automattic, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company,<br><br>              Plaintiffs,<br><br>v.<br><br>AUTOMATTIC, INC., d/b/a WORDPRESS, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.<br><br>**DECLARATION OF MELINDA M. MORTON IN SUPPORT OF DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT**<br><br>[REMOVED FROM SAN BERNARDINO COUNTY SUPERIOR COURT, CASE NO. CIVSB2200903]<br><br>Complaint Filed: January 12, 2022 |

DECLARATION OF MMM ISO DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT

CASE NO. CIVSB2200903

I, Melinda M. Morton, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney with the law firm of Procopio, Cory, Hargreaves & Savitch LLP, counsel for Defendant Automattic Inc. (erroneously named as "Automattic, Inc. d/b/a WordPress.com") in the above-captioned action. The following statements are based on my own personal knowledge, with the exception of those matters stated on information and belief, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the civil case cover sheet, summons, the complaint, certificate of assignment and the notice of trial setting conference and assignment filed in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVSB2200903, entitled *RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company v. Automattic, Inc. dba WordPress.com, Does 1-10* (the "Action").

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Answer to the Complaint filed in the state court today, May 2, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2022, in Palo Alto, California.

/s/ Melinda M. Morton
Melinda M. Morton

2
DECLARATION OF MMM ISO DEFENDANT AUTOMATTIC INC.'S NOTICE OF REMOVAL OF ACTION TO DISTRICT COURT
CASE NO. CIVSB2200903

# EXHIBIT 1

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>John G. Wurm, Esq.   SBN: 106475<br>LAW OFFICES OF JOHN G. WURM<br>P.O. Box 1875, Lake Arrowhead, CA 92352<br>TELEPHONE NO.:(909) 337-2557   FAX NO.:(909) 336-3697<br>ATTORNEY FOR *(Name):* RANDALL LEE ROGERS, et al., Plaintiff | **FOR COURT USE ONLY**<br><br>F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>JAN 1 2 2022<br><br>BY *Alma Vallejo Garcia*<br>ALMA VALLEJO GARCIA, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME: Central Justice Center - Civil

CASE NAME: RANDALL LEE ROGERS, an individual, et al. v. AUTOMATTIC, INC.

| CIVIL CASE COVER SHEET<br>☐ Unlimited   ☐ Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CIVSB **2 2 0 0 9 0 3**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☒ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.☒ monetary b.☒ nonmonetary; declaratory or injunctive relief c.☐ punitive
4. Number of causes of action *(specify):* 4
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1) 10/22

JOHN G. WURM, Esq.
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov*<br>Westlaw Doc & Form Builder- |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

|  | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AUTOMATTIC, INC., d/b/a WORDPRESS, a Delaware corporation; and
DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* RANDALL LEE ROGERS, an
individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS
MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING,
LLC, a California limited liability company

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAR 0 1 2022

BY *Alma Vallejo Garcia*
ALMA VALLEJO GARCIA, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
247 West Third Street
San Bernardino, California 92415-0210

**CASE NUMBER:**
*(Número del Caso):* CIVSB 2200903

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

LAW OFFICES OF JOHN G. WURM
P.O. Box 1875, Lake Arrowhead, California 92352-1875

Email: jwurmlakearrowhead@gmail.com
Phone (909) 337-2557, Fax (909) 336-3697

DATE:
*(Fecha)* MAR 0 1 2022

Clerk, by
*(Secretario)* *Alma Vallejo Garcia* Deputy
*(Adjunto)*

Alma Vallejo Garcia

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder

6

JOHN G. WURM, State Bar No. 106475
THE LAW OFFICES OF JOHN G. WURM
Post Office Box 1875
Lake Arrowhead, California 92352
27321 North Bay Road
Telephone:  (909) 337-2557
Facsimile:   (909) 336-3697

Attorney for Plaintiffs: RANDALL LEE ROGERS;
BIG BEAR MOVING, INC.; REDLANDS
MOVING & STORAGE, INC.; and BIG BEAR
MOVING, LLC



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 1 2 2022



BY _____
ALMA VALLEJO GARCIA, DEPUTY

LAW OFFICES OF JOHN G. WURM
P.O. Box 1875, Lake Arrowhead, CA 92352
Telephone: (909) 337-2557

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN BERNARDINO

## CENTRAL JUSTICE CENTER - CIVIL

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMATTIC, INC., d/b/a WORDPRESS, a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE No. **CIV SB 2 2 0 0 9 0 3** <br><br> **COMPLAINT FOR:** <br><br> 1. **FAILURE TO TRANSFER DOMAIN NAME:** *BIGBEARMOVING.COM* **BY AUTOMATTIC, INC.;** <br><br> 2. **FEDERAL CYBERSQUATTING, 15 U.S.C. 1125(d);** <br><br> 3. **CALIFORNIA BUSINESS & PROFESSIONS CODE: CYBER PIRACY [17525 – 17528.5]; AND** <br><br> 4. **FAILURE TO DISCLOSURE OF THE REGISTER BY AUTOMATTIC. INC. FOR THE DOMAIN NAME:** *BIGBEARMOVING.COM* |

COPY    7

1.    Plaintiff, RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California Corporation; REDLANDS MOVING & STORAGE, INC., a California Corporation; and BIG BEAR MOVING, LLC, a California Limited Liability Company, complains and alleges against AUTOMATTIC, Inc., dba WordPress, a California Corporation, and DOES 1 TO 10 (collectively, "Defendants") as follows:

## I.    THE PARTIES

2.    Plaintiff, RANDALL LEE ROGERS, an individual and his businesses: BIG BEAR MOVING, INC., a California Corporation, REDLANDS MOVING & STORAGE, INC., a California Corporation, and BIG BEAR MOVING, LLC, a California Limited Liability Company (hereafter collectively, "Plaintiffs") is, and at all times herein mentioned was, organized and existing under the laws of the State of California, with its principal place of business located in city of San Bernardino, California, and doing business in the County of San Bernardino, State of California.

3.    Defendant, AUTOMATTIC, Inc., dba WordPress, a Delaware Corporation, is and at all times herein mentioned was, organized and existing under the laws of the State of California, with a place of business at 60 29th Street, #343 San Francisco, Ca 94110, is and at all times mentioned herein was doing business with DOES 1 through 5 in San Bernardino County California.

CIV SB 2 2 0 0 9 0 3

4.      Defendant AUTOMATTIC, INC. is the listed registrant organization and domain name administrator for the website: <BigBearMoving.com>. Attached herewith as **Exhibit A** is a true and correct copy of the ICANN LOOKUP registration for <BigBearMoving.com>.

5.      Registrant of the website: <BigBearMoving.com> is "REDACTED FOR PRIVACY". Attached herewith as **Exhibit B** is a true and correct copy of the WHOIS LOOKUP registration for <BigBearMoving.com> showing the Registrant is "REDACTED FOR PRIVACY".

6.      DOES 1 through 5 (the "Domain Name Holder"), whether individual, corporate, associate or otherwise, are unknown to Plaintiffs and individuals who are officers or other managing agents of Defendants and are conscious, dominant and active forces behind the wrongful acts of the Domain Name Holder, which wrongful acts they have engaged in for the benefit of the latter and for their own individual gain and benefit. Plaintiffs therefore sue said DOES 1 through 5 by such fictitious names pursuant to California Code of Civil Procedure section 474 and will seek leave of Court to amend this Complaint to set forth their true names and capacities thereof, when the same has been ascertained. Plaintiff is informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and Plaintiffs' injuries as herein alleged were proximately caused by such defendants. These fictitiously named defendants along with the defendant named above, are herein

referred to collectively as "Defendants".

7. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants sued herein as DOES 6 through 10, inclusive, are unknown to Plaintiffs at the present time. Plaintiffs therefore sue said Defendants by such fictitious names pursuant to California Code of Civil Procedure section 474 and will seek leave of Court to amend this Complaint to set forth their true names and capacities thereof, when the same has been ascertained. Plaintiffs are informed and believes and therefore alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and Plaintiffs' injuries as herein alleged were proximately caused by such defendants. These fictitiously named defendants along with the defendant named above, are herein referred to collectively as "Defendants".

8. Plaintiffs are informed and believe, and upon such information and belief allege, that each of the Defendants, including DOES 1 through 10, inclusive, were, at all times herein mentioned, acting in concert with, and in conspiracy with, each and every one of the remaining Defendants.

9. Wherever appearing in this complaint, each and every reference to Defendants and to any of them, is intended to be and shall be a reference to all Defendants hereto, and to each of them, named and unnamed, including all fictitiously named Defendants, unless said reference is otherwise specifically qualified.

4

COMPLAINT

CIV SB 2 2 0 0 9 0 3

10

## II   JURISDICTION AND VENUE

10.     Plaintiffs are informed and believe, and thereon alleges, that at all times herein mentioned, each of the named Defendants was doing business in the County of San Bernardino, State of California such that the exercise of jurisdiction by this Court would not be inconsistent with the Constitution of the State of California and/or the United States of America.  Said Defendants breaches of obligations and duties to Plaintiffs and liabilities arose in San Bernardino County as alleged below.

11.     This Court has jurisdiction over this action pursuant to California Code of Civil Procedure Section 410.10. Defendants are doing business within San Bernardino County.

12.     Plaintiffs are informed and believe, and thereon alleges, that venue in the County of San Bernardino of the State of California is proper in that all or substantially all of the wrongful acts complained of took place in County of San Bernardino in that the domain name <BigBearMoving.com> was taken from Plaintiffs and transferred to Defendants.

13.     Venue is further proper in San Bernardino County since this matter (domain name <BigBearMoving.com>) was before this court in Case No.: 1928718 between Plaintiffs (RANDALL LEE ROGERS, an individual and his businesses: BIG BEAR MOVING, INC., a California Corporation, REDLANDS

CIV SB 2 2 0 0 9 0 3[11]

MOVING & STORAGE, INC., a California Corporation, and BIG BEAR MOVING, LLC) suing James Rogers, and Move Guru, Inc. a California Corporation in San Bernardino County over the wrongful transfer of the domain name <BigBearMoving.com> as well as the transfer of 22 other domain names and e-mail addresses. The Plaintiffs were able to recapture 22 other domain names and e-mail addresses with the exception of <BigBearMoving.com>. Attached herewith as **Exhibit C** is a true and correct copy of the Complaint for Case No.: 1928718.

14.    The Court in San Bernardino County Case No.: 1928718 issued the attached Stipulation for Entry of Judgment, attached herewith as **Exhibit D** is a true and correct copy of the Stipulation for Entry of Judgment and the Mutual Release and Settlement Agreement.

15.    The Court in San Bernardino County Case No.: 1928718 also issued the attached Final Judgment on Stipulation, attached herewith as **Exhibit E** is a true and correct copy of the Final Judgment on Stipulation. Wherein the Plaintiffs RANDALL LEE ROGERS, REDLANDS MOVING & STORAGE, INC., BIG BEAR MOVING, LLC, and BIG BEAR MOVING, INC., entered into the Stipulation for Entry of Judgment with JAMES ROGERS and MOVE GURU, INC. "Judgment was entered for RANDALL LEE ROGERS, REDLANDS MOVING & STORAGE, INC., BIG BEAR MOVING, LLC, and BIG BEAR MOVING, INC. and against JAMES ROGERS and MOVE GURU, INC. as set

6
COMPLAINT

CIV SB 2 2 0 0 9 0 3 12

forth below:

IT IS ORDERED, ADJUDGED, AND DECREED that [~~Defendants~~] JAMES ROGERS and MOVE GURU, INC. and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them are hereby restrained from:

A.    Selling, transferring, pledging, encumbering, or hypothecating any purported interest in the following RANDAL ROGERS' internet domains or email addresses:

| I. | Redlandsmoving.com | 13. Lomalindamoving.com |
|---|---|---|
| 2. | BigbearMoving.com | 14. Movershighland.com |
| 3. | Beaumontmoving.com | 15. Murrietamoving.com |
| 4. | Yucaipamoving.com | 16. Promover.us |
| 5. | Avedabellagio.com | 17. Randallrogers.rocks |
| 6. | Badassmoving.com | 18. Sanbernardinomoving.com |
| 7. | Bellagioa veda.com | 19. Surfeitymoving.com |
| 8. | Beachboysmoving.com | 20. Temeculamoving.com |
| 9. | Bellagiohairsalon.com | 21. Yucaipamoving.com |
| 10. | Highlandmovers.org | 22. Move.gum |
| 11. | Humbleboots.horse | 23. Lakearrowheadmoving.com |
| 12. | Bigbearnoving@yahoo.com (email) | |

B.    IT IS FURTHER ORDERED that Defendants JAMES ROGERS

7

COMPLAINT

CIV SB 2 2 0 0 9 0 3 [13]

and MOVE GUI ., INC. and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them, are hereby restrained from placing any contact information related to Defendants JAMES ROGERS or MOVE GURU, INC., including, but not limited to, any information concerning the physical address(es), phone number(s), or email address(es) of JAMES ROGERS and MOVE GURU, INC., concerning the domains and email addresses identified in Section A above and with respect to Google "places" and "locations" for the following California cities: Lake Arrowhead, Running Springs, Big Bear Lake, Redlands, and San Bernardino.

C. IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc. and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them, shall cooperate with Randall Rogers to remove all contact information related to James Rogers and Move Guru, Inc., including but not limited to, any information concerning the physical address(es), phone number(s), or email address(es) of James Rogers and Move Guru, Inc., from the domains and email addresses identified 111 Section A above, and to cooperate with Randall Rogers and the business entities known as Yelp, Go Daddy, and Google (in particular with respect to Google "places" and "locations" for California cities Lake Arrowhead, Running Springs, Big Bear Lake, Redlands, and San Bernardino) to immediately remove all contact information, including, but not limited to, all physical addresses, phone numbers,

8
COMPLAINT

CIV SB 2 2 0 0 9 0 3

14

and email address from the domains and email addresses identified in Section A above which are unrelated to Randall Rogers (which shall be determined by Randall Rogers), and to replace the unrelated physical addresses, phone numbers, and email addresses with information related to Randall Rogers.

D. IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc., its agents, employees and servants are ordered not to enter on Plaintiffs' premises commonly known as 789 W. Rialto Ave., San Bernardino, Ca, California.

E. IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc., its agents, employees and servants are ordered not to take possession or interfere with Plaintiffs' use to following trucks and trailers:

F. IT IS FURTHER ORDERED that JAMES ROGERS and MOVE GURU, INC. will cooperate with any reasonable request, including but not limited to communicating with the administrators of domains, email addresses, Google "place" and "locations," Go Daddy, and Yelp to assist Plaintiff in efforts to change said domains, email addresses, Google "places" and "locations," Go Daddy and Yelp to assist Plaintiffs' business with internet advertising."

## III. FACTS COMMON TO ALL CAUSES OF ACTIONS

### (By Plaintiffs against all Defendants)

16. This lawsuit arises from Plaintiffs' allegations that Defendants': (1)

9

COMPLAINT      CIV SB 2 2 0 0 9 0 3

Failure to Transfer Domain Name: <BigBearMoving. om> by Automattic, Inc.; (2) Federal Cybersquatting 15 U.S.C. 1125(d); (3) California Business & Professions Code: Cyber Piracy [17525 - 17528.5]; and (4) Failure to Disclosure the Register by Automattic, Inc. for the Domain Name <BigBearMoving.com>.

17.     The Plaintiffs have been using the Domain Name <BigBearMoving.com> since January 26, 2000 showing when the website was created on both ICANN and WHOIS. Attached herewith as **Exhibit A** is a true and correct copy of the ICANN LOOKUP registration for <BigBearMoving.com> showing the date of creation as January 26, 2000. Also attached herewith as **Exhibit B** is a true and correct copy of the WHOIS LOOKUP registration showing the date of creation as January 26, 2000.  Plaintiffs have used <BigBearMoving.com> extensively in San Bernardino County beginning on January 26, 2000.

18.     The Plaintiffs have been using the BIG BEAR MOVING as its Corporate name and also as its Trademarked name since 2002

19.     The Plaintiffs have been using the Domain Name <BigBearMoving.com> as its Trademark BIG BEAR MOVING since 2000.

20.     Pursuant to Evidence Code section 452(g)(h), the Plaintiffs respectfully request that the Court take Judicial Notice of the archived webpages from the Wayback Machine available at http://archive.org/web/, which includes specific screen shots of Plaintiffs' website www.BigBearMoving.com obtained

from Wayback Machine identified as follows:

|  |  |  |
|---|---|---|
| - | **Exhibit F** | A screen shot of Plaintiffs website as it was on March 17, 2008, this specifically depicts Plaintiffs ongoing use of the trademark BIG BEAR MOVING; (https://web.archive.org/web/2008 0317190114/http://www.bigbearmoving.com/) |
| - | **Exhibit G** | A screen shot of Plaintiffs website as it was on March 31, 2013, this specifically depicts Plaintiffs ongoing use of the trademark BIG BEAR MOVING; (https://web.archive.org/web/2013 0331151329/http://www.bigbearmoving.com/) |
| - | **Exhibit H** | A screen shot of Plaintiffs website as it was on June 20, 2015, this specifically depicts Plaintiffs ongoing use of the trademark BIG BEAR MOVING; (https://web.archive.org/web/2015 0620060919/http://www.bigbearmoving.com/) |
| - | **Exhibit I** | A screen shot of Plaintiffs website as it was on January 1, 2019, this specifically depicts Plaintiffs ongoing use of the trademark BIG BEAR MOVING; (https://web.archive.org/web/2019 0101080448/http://bigbearmoving.com/) |

11
COMPLAINT

CIV SB 2 2 0 0 9 0 3 [17]

21.     Evidence Code section 452(g)(h) provides for judicial notice of facts which are common knowledge or that are not subject to reasonable dispute and is appropriate when the fact is capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy.

22.     Plaintiffs assert that since August of 2019, Plaintiffs have lost control of its Domain Name <BigBearMoving.com>.

23.     On September 26, 2019, Plaintiffs (RANDALL LEE ROGERS, an individual and his businesses: BIG BEAR MOVING, INC., a California Corporation, RELANDS MOVING & STORAGE, INC., a California Corporation, and BIG BEAR MOVING, LLC) filed a lawsuit against James Rogers, and Move Guru, Inc. a California Corporation in San Bernardino County over the wrongful transfer of the domain name <BigBearMoving.com> as well as the transfer of 22 other domain names and e-mail addresses.  Attached herewith as **Exhibit C** is a true and correct copy of the Complaint for Case No.: 1928718.

24.     On January 10, 2020, the Court in San Bernardino County Case No.: 1928718 issued the attached Stipulation for Entry of Judgment (**Exhibit D**) and a Final Judgment on Stipulation (**Exhibit E**) to transfer of the domain name <BigBearMoving.com> as well as the transfer of 22 other domain names and e-mail addresses.

25.     The Plaintiffs has been able to recapture 22 other domain names and

12

COMPLAINT

e-mail addresses with the exception of <BigBearMoving.com>. As such, Plaintiffs are now seeking to recover <BigBearMoving.com>.

26.     Defendant Automattic, Inc. operates a service called WordPress for creating and hosting websites. Defendant Automattic is listed as the registrant for <BigBearMoving.com>.

27.     Plaintiffs have requested that Defendant, Automattic Inc who is listed as the Registrant for <BigBearMoving.com> perform the following tasking as requested in the e-mails by Plaintiffs attached herewith as **Exhibit J**, based on the Court's signed Order and Stipulation for Entry of Judgment (**Exhibit D**) and Final Judgment on Stipulation (**Exhibit E**) requesting Automattic to perform the following: (1) Transfer Domain Name: <BigBearMoving.com> to Randall Lee Rogers; and (2) Disclose the Register for the Domain Name <BigBearMoving.com>.

28.     The Plaintiffs also respectfully request that the Court take Judicial Notice of the archived webpages from the Wayback Machine available at http://archive.org/web/, which includes specific screen shots of the website www.BigBearMoving.com obtained from Wayback Machine identified as follows:

-     **Exhibit K**        A screen shot of a down website stating, "**SORRY** If you are the owner of this website, please contact hosting provider webmaster@bigbearmoving.com. (https://web.archive.org/web/20201028105856/

13
COMPLAINT

CIV SB 2 2 0 0 9 0 3 [19]

http://bigbearmoving.c\_ ../cgi-sys/defaultwebpage.cgi

29. Plaintiffs assert that the domain <BigBearMoving.com> since 2020 does not take you to a functioning website. Attached as **Exhibit L** is a true and correct copy of a screen shot of the website <BigBearMoving.com> showing that the website is not functioning. Therefore, the Defendants are operating a non - functioning website.

30. Plaintiffs assert that Defendants and namely DOE 1 (domain name Registrant) had a bad faith intent to profit from the trademark.

31. Plaintiffs assert that the trademark BIG BEAR MOVING matching the domain <BigBearMoving.com> and was distinctive at the time of the registration and carried value since the domain name was identical or confusingly similar to the trademark.

32. Plaintiffs assert that the trademark BIG BEAR MOVING qualifies for protection under Federal trademark laws and the trademark laws of California, meaning the trademark is distinctive and the owner was the first to use it in commerce.

## FIRST CLAIM FOR RELIEF

### FAILURE TO TRANSFER DOMAIN NAME:

### BIGBEARMOVING.COM BY AUTOMATTIC, INC.

**(By Plaintiffs against all Defendants)**

CIV SB 2 2 0 0 9 0 3

33. Plaintiffs realleges and incorporates here the allegations contained in paragraphs 1 – 32 of this Complaint as though fully set forth herein.

34. Defendant, Automattic Inc is listed as the Registrant for <BigBearMoving.com>.

35. Plaintiffs based on the Court's signed Order and Stipulation for Entry of Judgment (**Exhibit D**) and Final Judgment on Stipulation (**Exhibit E**) requested Automattic: Transfer Domain Name: <BigBearMoving.com> to Randall Lee Rogers.

36. Plaintiffs formalized the request for the domain name (<BigBearMoving.com>) transfer by sending Automattic Inc the following e-mails attached herewith as **Exhibit J**, which included with it a copy of the Signed Stipulation for Entry of Judgment (**Exhibit D**) and Final Judgment on Stipulation (**Exhibit E**).

37. Defendant Automattic Inc has asserted that Plaintiffs must get a court order requesting the transfer of the domain name (<BigBearMoving.com>) before they will take any further action.

38. As such, Plaintiffs are now seeking a "Court Order" requiring Defendants namely Automattic to transfer the domain name (<BigBearMoving.com>) to Randall Lee Rogers.

39. Plaintiffs have occurred damages as a result of Defendants actions in failing to transfer the domain name (<BigBearMoving.com>) to Randall Lee

15
COMPLAINT

Rogers.

## SECOND CLAIM FOR RELIEF

## FEDERAL CYBERSQUATTING

## 15 U.S.C. 1125(d);

## (By Plaintiffs against all Defendants)

40.     Plaintiffs realleges and incorporates herein the allegations contained in paragraphs 1 – 39 of this Complaint as though fully set forth herein.

41.  Upon information and belief, Defendants have a bad faith intent to profit from the registration and use of the Internet domain name <BigBearMoving.com> by creating an association with Plaintiff's BIG BEAR MOVING Trademark as to source or sponsorship.

42.  The domain name portion of the <BigBearMoving.com> Internet domain name is confusingly similar to, and dilutes the distinctive quality of, Plaintiffs' famous BIG BEAR MOVING Trademark.

43.  Plaintiffs have been damaged by Defendants' unlawful use of the <BigBearMoving.com> domain name and will suffer irreparable harm.

44.     Defendants' unauthorized registration and use of the infringing domain names is causing immediate and irreparable injury to Plaintiffs and to the good will and reputation of Plaintiffs' business and will continue to damage Plaintiffs unless the Court enjoins such use, transfers the domain name <BigBearMoving.com> to Plaintiffs, and enjoins defendants from further

CIV SB 2 2 0 0 9 0 3₂₂

registration of do[  ].in name.

45.    Plaintiffs assert that the domain <BigBearMoving.com> operated by Defendants is not a functioning website.

46.    Plaintiffs asserts that the Defendants namely Doe 1 (domain name Registrant) had a bad faith intent to profit from the trademark.

47.    Defendants' unauthorized registration and use of the infringing domain names is causing immediate and irreparable injury to Plaintiffs and to the good will and reputation of his Plaintiffs business and will continue to damage Plaintiffs unless the Court enjoins such use, transfers the domain name <BigBearMoving.com> to Plaintiffs, and enjoins defendants from further registration of domain name.

48.    Plaintiffs asserts that Plaintiffs have suffered damages and are entitled to recovery of actual, consequential, and punitive damages as a result of Defendants actions according to proof at the time of trial.

49.    These acts of Defendants' conduct constitute cyberprivacy in violation of the Anticybersquatting Consumer Protection Act, Section 43(d) of the Lanham Act. 15 U.S.C. § 1125(d).

### THIRD CLAIM FOR RELIEF

**California Business & Professions Code**

**Cyber Piracy [17525 - 17528.5]**

**(By Plaintiffs against all Defendants)**

17

COMPLAINT

CIV SB 2 2 0 0 9 0 3

50.     Plaintiffs realleges and incorporates herein the allegations contained in paragraphs 1 – 49 of this Complaint as though fully set forth herein.

51.     Pursuant to California Business & Professions Code 17525: (a) It is unlawful for a person, with a bad faith intent, to register, traffic in, or use a domain or subdomain name that is identical or confusingly similar to, because of, among other things, misspelling of the domain or subdomain name, either of the following:

(1) The personal name of another living person or deceased personality, without regard to the goods or services of the parties.

(2) The name of any of the following used to sell or resell, or offer to sell or resell, goods:

(A) A specific professional or collegiate sports team, professional or collegiate sports league, theme or amusement park, or venue where concerts, sports, or other live entertainment events are held.

(B) A specific event, performance, or exhibition, including the name of a person, professional or collegiate team, performance, group, or entity scheduled to perform or appear at that event.

(b) This section shall not apply in the case of a name registered as a domain name or subdomain name in either of the following circumstances:

(1) The personal name described in paragraph (1) of subdivision (a) is connected to a work of authorship, including, but not limited to, fictional or

18
COMPLAINT

CIV SB 2200903

24

nonfictional entertainment, and dramatic, literary, audiovisual, or musical works.

(2) The person whose personal name is described in paragraph (1) of subdivision (a) or the authorized agent of an entity whose name is described by paragraph (2) of subdivision (b) consents to the registration, trafficking, or use of the name as a domain or subdomain name.

(f) A person who registers, traffics in, or uses a domain or subdomain name in violation of paragraph (1) or (2) of subdivision (a) without the consent described in paragraph (2) of subdivision (b) is presumed to have done so with a bad faith intent. This presumption is a presumption affecting the burden of proof.

52.     Plaintiffs assert that it is unlawful for Defendants, with a bad faith intent, to register, traffic in, or use a domain or subdomain name that is identical to Plaintiff Trademark BIG BEAR MOVING.

53.     Plaintiffs assert that the domain <BigBearMoving.com> is operated by Defendants is not a functioning website.

54.     Plaintiffs further assert that it is unlawful for Defendants, with a bad faith intent, to register, traffic in, or use a domain <BigBearMoving.com> wherein the website is a non-functioning website.

55.     Defendants' unauthorized registration and use of the infringing domain names is causing immediate and irreparable injury to plaintiffs and to the good will and reputation of his Plaintiffs business and will continue to damage Plaintiffs unless the Court enjoins such use, transfers the domain name

19

CIV SB 2 2 0 0 9 0 3

<BigBearMoving om> to plaintiffs, and enjoins def dants from further registration of domain name. California Business & Professions Code 17528.5 provides that the Court may order the transfer of a domain name as a remedy for violation of California Business & Professions Code 17525 et seq.

56.     Plaintiffs asserts that the Defendants namely Doe 1 (domain name Registrant) had a bad faith intent to profit from the trademark.

57.     Plaintiffs asserts that Plaintiffs have suffered damages and are entitled to recovery of actual, consequential, and punitive damages as a result of Defendants actions according to proof at the time of trial.

58.     These acts of Defendants' conduct constitute cyberprivacy in violation of the California Business & Professions Code 17525.

## FOURTH CLAIM FOR RELIEF

### FAILURE TO DISCLOSURE OF THE REGISTER

### BY AUTOMATTIC, INC. FOR THE DOMAIN NAME

### BigBearMoving.com

### (By Plaintiffs against all Defendants)

59.     Plaintiffs realleges and incorporates herein the allegations contained in paragraphs 1 – 58 of this Complaint as though fully set forth herein.

60.     Defendant, Automattic Inc is listed as the Registrant for <BigBearMoving.com>.

CIV SB 2 2 0 0 9 0 3

61. Defendant, Automattic Inc knows the identity of the Register for the domain name <BigBearMoving.com>.

62. Plaintiffs formalized the request for Registrant of the domain name (<BigBearMoving.com>) by sending Automattic Inc the following e-mails.

63. Defendant Automattic Inc has asserted that Plaintiffs must get a "Court Order" requesting the disclosure of the Register of the domain name (<BigBearMoving.com>).

64. As such, Plaintiff is now seeking a "Court Order" requesting that Automattic disclose the name of the Register of the domain name (<BigBearMoving.com>) to the Plaintiffs.

65. Plaintiffs have occurred damages as a result of Defendants actions in failing to disclose the name of the Register of the domain name (<BigBearMoving.com>) to the Plaintiffs.

## PRAYER FOR RELIEF:

WHEREFORE, Plaintiffs pray that this Court enter judgment against Defendants as follows:

WHEREFORE, Plaintiffs requests judgment in its favor and against the Defendants as follows:

1. That the Court render final judgment in favor of Plaintiffs and against the Defendants on all causes of action and claims for relief alleged herein;

CIV SB 2 2 0 0 9 0 3

2.      That the C( .t issues a "Court Order" requirin_ Defendants including Automattic Inc to transfer the domain name <BigBearMoving.com> to Plaintiffs;

3.      That the Court issues a "Court Order" requiring Defendants including Automattic Inc to disclose the Registrant of the domain name <BigBearMoving.com> to Plaintiffs;

4.      For a Preliminary and Permanent Injunction barring Defendants and their officers, agents, servants, employees, and all persons acting on defendant's behalf from engaging in any use of the domain name <BigBearMoving.com> or any other name or mark confusingly similar to <BigBearMoving.com>, either alone or in combination with other words or symbols, as a part of any trademark, service mark, trade name, corporate name, assumed name, domain name, Web site name, e- mail address, or in any other manner in connection with plaintiffs and his services.

5.      That the Court deem Plaintiffs have suffered injury in fact and has lost money or property as a result and shall be entitled to damages according to proof at the time of trial;

6.      That the Court deem Plaintiffs are entitled to recovery of actual damages as a result of Defendants actions and shall be entitled to damages according to proof at the time of trial;

7.      That the Court deem Plaintiffs are entitled to recovery of consequential damages as a result of Defendants actions and shall be entitled to damages

22
COMPLAINT        CIV SB 2 2 0 0 9 0 3

according to proof at the time of trial;

8.   That the Court deem Plaintiffs are entitled to recovery of punitive damages as a result of Defendants actions, if warranted, and shall be awarded reasonable attorney's fees if the action is resolved in that party's favor.

9.   That the Defendants' actions be deemed willful;

10.   That Defendants be awarded restitution and disgorgement; and

11.   That Defendants be awarded any such other relief that the circumstances may require and that the Court deems just and proper.

Respectfully submitted,

Law Offices of John G. Wurm

Dated:___1-6-22_____

John G. Wurm, Esq.
Attorney for Plaintiff
RANDALL LEE ROGERS, an
individual; BIG BEAR MOVING,
INC., a California Corporation;
RELANDS MOVING & STORAGE,
INC., a California Corporation; and
BIG BEAR MOVING, LLC

23

COMPLAINT

CIV SB 2 2 0 0 9 0 3

## VERIFICATION

I, Randall Lee Rogers, am a party in this action. I have read the foregoing document entitled *Complaint* and know its contents. The matters stated in the foregoing document are true of my knowledge, except the matters that are stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed on this 28th day of 2021, at Highland, California.

_____
Randall Lee Rogers

24

# EXHIBIT A

25.

[ **C A N N** | L O O K U P(/)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)Frequently Asked Questions (FAQ) (/faq)

| bigbearmoving.com |

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

The client was unable to process information from the Registrar RDAP server. The information below is shown as service.

## Domain Information

**Name:** BIGBEARMOVING.COM

**Registry Domain ID:** 18450291_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NS1.WORDPRESS.COM
NS2.WORDPRESS.COM
NS3.WORDPRESS.COM

## Dates

**Registry Expiration:** 2026-01-26 04:23:16 UTC

**Created:** 2000-01-26 04:23:16 UTC

## Registrar Information

**Name:** Automattic Inc.

**IANA ID:** 1531

**Abuse contact email:** domainabuse@automattic.com

32

Services subject to Terms Of Use

https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml (https://www
ation-data-access-protocol/terms-service/index.xhtml)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)



Youtube (http://www.youtube.com/icannnews)



Twitter (https://www.twitter.com/icann)



Linkedin (https://www.linkedin.com/company/icar



Facebook (http://www.facebook.com/icannorg)



Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)



ICANN Blog (https://www.icann.org/news/blog)

**Who We Are**          **Contact Us**          **Accountability & Transparency**                              **Governance**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privac
(https://www.icann.org/privacy/tos)     Cookies Policy (https://www.icann.org/privacy/cookies)

27.

**EXHIBIT B**

28.



# WordPress.com

## Whois

Domain
### bigbearmoving.com

This WHOIS data is provided for information purposes for domains registered through WordPress.com. We do not guarantee its accuracy. This information is shown for the sole purpose of assisting you in obtaining information about domain name registration records; any use of this data for any other purpose is expressly forbidden. By clicking **Submit**, you agree that you will use this data only for lawful purposes and that you will not:

- Use this data to allow, enable, or otherwise support the transmission of unsolicited advertising or solicitations of any kind.
- Enable high volume, automated, or electronic processes to access, collect, compile, or disseminate this data, in part or in its entirety.
- Mine this data for your own personal or commercial purposes.

We reserve the right to restrict or terminate your access to this WHOIS data if you fail to abide by these terms of use. We reserve the right to modify these terms at any time.

Abuse reports    General support

## Whois for bigbearmoving.com

```
Domain Name: BIGBEARMOVING.COM
Registry Domain ID: 18450291_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.sawbuck.com
Registrar URL: http://www.wordpress.com
Updated Date: 2019-07-30T12:40:29Z
```

29.

Creation Date: 2000-01-26T0 23:16Z
Registry Expiry Date: 2026-01-26T04:23:16Z
Registrar: Automattic Inc.
Registrar IANA ID: 1531
Registrar Abuse Contact Email: domainabuse@automattic.com
Registrar Abuse Contact Phone: +1 877 273-3049
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS1.WORDPRESS.COM
Name Server: NS2.WORDPRESS.COM
Name Server: NS3.WORDPRESS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2022-01-05T08:17:01Z <<<


For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.


TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
Domain Name: bigbearmoving.com
Registry Domain ID: 18450291_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.sawbuck.com
Registrar URL: http://www.automattic.com/
Updated Date: 2019-07-30T12:40:29Z
Creation Date: 2000-01-26T04:23:16Z
Registrar Registration Expiration Date: 2026-01-26T04:23:16Z
Registrar: Automattic Inc.
Registrar IANA ID: 1531
Registrar Abuse Contact Email: domainabuse@automattic.com
Registrar Abuse Contact Phone: +1.8772733049
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@domain-contact.org
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@domain-contact.org
Registry Tech ID: REDACTED FOR PRIVACY

Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Phone Ext: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@domain-contact.org
Name Server: ns1.wordpress.com
Name Server: ns2.wordpress.com
Name Server: ns3.wordpress.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-01-05T16:14:26Z <<<

For more information on Whois status codes, please visit https://www.icann.org/epp

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.automattic.com/
This data is provided by Automattic Inc.
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
Automattic Inc. does not guarantee its accuracy.

By submitting a WHOIS query, you agree that you will use this data only for lawful purposes and that, under no circumstances, you will use this data to

1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via E-mail (spam) or

2) enable high volume, automated, electronic processes that apply to this WHOIS server.

These terms may be changed without prior notice.

By submitting this query, you agree to abide by this policy.

**EXHIBIT C**

34.

LAW OFFICES OF JOHN G. WÜRM
JOHN G. WÜRM, State Bar No. 106475
27321 North Bay Road
Post Office Box 1875
Lake Arrowhead, California 92352
Telephone:  (909) 337-2557
Facsimile:   (909) 336-3697
jwurmlakearrowhead@gmail.com

Attorney for Plaintiffs Randall Lee Rogers, an individual
Big Bear Moving, Inc., a California Corporation,
Redlands Moving & Storage, Inc., a California Corporation,
and Big Bear Moving, LLC, a California Limited Liability Company

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY SAN BERNARDINO COUNTY,

## SAN BERNARDINO DISTRICT, CIVIL DIVISION

| | |
|---|---|
| Randall Lee Rogers, an individual Big Bear Moving, Inc., a California Corporation, Redlands Moving & Storage, Inc., a California Corporation, and Big Bear Moving, LLC, a California Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES ROGERS; MOVE GURU, INC. a California Corporation, and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. CIV DS 1928710<br><br>**VERIFIED COMPLAINT FOR:**<br><br>1. **DECLARATORY RELIEF;**<br>2. **BREACH OF CONTRACT;**<br>3. **BREACH OF FIDUCIARY DUTY; AND**<br>4. **INJUNCTION.** |

Plaintiffs Randall Lee Rogers, an individual, Big Bear Moving. Inc., a California Corporation, Redlands Moving & Storage, Inc., a California Corporation, and Big Bear Moving, LLC, a California Limited Liability Company allege as follows:

Page 1

41

**35.**

Rogers v. Rogers
COMPLAINT

## FIRST CAUSE OF ACTION

### (Declaratory Relief)

1.      The Defendants herein named as "*Does 1 to 100, inclusive,*" are unknown to Plaintiffs.  Such Defendants, and each of them, claim some right, title, estate, lien or interest in the below-described property, adverse to Plaintiffs' title thereto.  Plaintiffs are informed and believes, and thereon alleges, that at all times mentioned herein, except as otherwise stated, each of the Defendants, including Doe Defendants, were the agents and/or employees of the remaining Defendants.  In so doing the things herein alleged, such Defendants were acting within the scope of such agency or employment, and all Defendants were liable for the damages alleged herein.

2.      Defendant James Rogers ("J Rogers"), is an individual living in San Bernardino County, California and Does 1-20 claim some right, title, estate, lien or interest in the below-described property, adverse to Plaintiffs' title thereto.  Plaintiffs are informed and believes, and thereon alleges Defendant Move Guru, Inc. is a California Corporation and Does 21-40 are doing business in San Bernardino County, California and claim some right, title, estate, lien or interest in the below-described property, adverse to Plaintiffs' title thereto.

3.      Plaintiffs are the owners of and are entitled to control of the below described property(hereinafter referred to as "Plaintiffs' Property"):  (1) website domains administered by Go Daddy: redlandsmoving.com. bigbearmoving.com, beachboys.com, beaumontmoving.com, yucaipamoving.com, sanbernardino.com, AVEDABELLAGIO.COM, badassmoving.com, bellagioaveda.com, beachboysmoving.com, bellagiohairsaolon.com, highlandmovers.org, humbleboots.horse, lakearrowheadmoving.com, lomalindamoving.com, move.guru, movershighland.com, murrietamoving.com, patricksmoving.com, promover.us, randallrogers.rocks, sanbernardinomoving.com, surfcitymoving.com, temeculamoving.com and yucaipamoving.com (2) phone numbers; (909) 383-3111, (909) 878-2234, (909) 336-9181, (909) 792-1555, (714) 897-2222, 1 800 76 8348, 1 800 400 6683, 1 800 move you, (3) Google "places" and "locations"(Google accounts), (4) Yelp accounts, (5) Yahoo email addresses including, Bigbearmoving@yahoo.com, aol email addresses, and (6) over twenty five moving

vans and trailers. Plaintiffs also have a written lease agreement and are entitled to control and possession commercial premises known as 789 W. Rialto Ave., San Bernardino, Ca("the Premises") Plaintiffs have operated my moving business from the Premises since 2014.

4.    An actual controversy has arisen and now exists between Plaintiffs and said Defendants concerning their rights to use and control of Plaintiffs' Property as alleged below. Plaintiffs contend that said Defendants have no right to use or control Plaintiffs' Property and that said Defendants have wrongfully taken control of, attempted to take control of and threatened to take control of Plaintiffs' Property. Defendants deny Plaintiffs' contentions and seek to unlawfully use Plaintiffs' Property to unlawfully compete with Plaintiffs' moving business.

5.    Plaintiffs desire a judicial determination (1) of the parties' rights and duties to the respective Properties and (2) ownership and use of Plaintiffs' Property. Specifically, Plaintiffs desire a judicial determination that Defendants, including Move Guru, Inc. and J Rogers have no right to use or control (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations", (3) Yelp accounts, (4) Yahoo email, aol email addresses, and that said Defendants be ordered to cooperate with Plaintiffs, Go Daddy. Google, Yelp, Yahoo and aol to transfer control of Plaintiffs' Property to Plaintiffs.

6.    A judicial declaration is necessary and appropriate at this time; in order that the parties may ascertain their rights and duties to Plaintiffs' Property.

7.    Plaintiffs Randall Lee Rogers("R Rogers") is an individual, and the sole shareholder, officer and director of Big Bear Moving, Inc., a California Corporation, and Redlands Moving & Storage, Inc., a California Corporation. R Rogers is the sole member and manager of Big Bear Moving, LLC a California Limited Liability Company. J Rogers is the son of R Rogers. R Rogers has been in the moving business in southern California since the 1990s. He started with one location in Running Springs, incorporated that business into Big Bear Moving, Inc. and bought Redlands Moving & Storage, Inc. in 2002. In the 1990s, R Rogers recognized that the moving business would change with the Internet. He began acquiring domain names, phone numbers, Internet accounts, Internet "places", Internet

"locations" and business names. His moving business became almost entirely generated by Internet traffic. He became one of the largest movers in Southern California by maintaining a top Internet presence. If someone did or does an Internet search for a mover in Southern California, R Rogers' information is either at the top of the list or very close to the top. He also acquired a large number of phone numbers for use in the business. He has approximately 25 moving vans and trailers that are in constant use. He has a lease for the Premises from which he operates his moving business. He is the person who qualifies for his Federal and state licenses which are required for a moving business. His son, J Rogers, began working at the business in approximately 2014.

8.      In January 2018, R Rogers and J Rogers made a verbal agreement in which J Rogers would be the general manager for the moving business. R Rogers would retain ownership of all of Plaintiffs' Property. J Rogers would pay R Rogers $5000 a month and maintain R Rogers on his health insurance. J Rogers and R Rogers agreed that J Rogers could keep any profits from the moving business as long as the payments to R Rogers were made, that J Rogers could establish a corporation known as Move Guru Inc. that he would use as a vehicle for managing his income from the profits, and that all the assets of the Plaintiffs would remain owned by the Plaintiffs. As general manager, J Rogers owed a fiduciary duty to R Rogers to manage the business in such a way as to maintain the value of Plaintiffs' Property, maintain the value of the moving business and safeguard Plaintiffs' Property. As alleged below, J Rogers breached his contractual and fiduciary duties to R Rogers and Plaintiffs.

9.      In late 2018, R Rogers learned that J Rogers was mismanaging the moving business. R Rogers learned that bills were not being paid and moving services for customers were not being properly provided and far below standard. The business had always been profitable while it was managed by R Rogers and had a good reputation. R Rogers learned that J Rogers was using illegal drugs; specifically large amounts of cocaine. R Rogers tried to assist J Rogers, but was on successful in stopping the drug use and correcting the management problems with the business. On or before September 2019, R Rogers learned that J Rogers had transferred assets of the moving business from Plaintiffs to himself and Move Guru, Inc. R

Rogers took back possession of the Premises and control of the business. R Rogers learned that J Rogers had transferred control of Internet domains and phone numbers from Plaintiffs to himself and Move Guru, Inc., that J Rogers had replaced the business phone number on the Internet domains with his own phone number, that J Rogers re-registered title to the moving vans to himself, and that J Rogers had transferred control of business emails from Plaintiffs to himself. J Rogers used the computer at the Premises belonging to Plaintiffs to transfer control of the Internet domains, Google "places" and "locations" emails and phone numbers from Plaintiffs to himself and Move Guru, Inc.

10.     R Rogers has had to hire a security guard to prevent J Rogers entering the Premises, R Rogers was able to reverse the registration of the moving vans back to Plaintiffs. However, R Rogers has been unable to regain control of the (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations", (3) Yelp accounts, (4) Yahoo email and aol email addresses. The web sites which are owned by Plaintiffs and Google "places" and "locations" currently have the phone number of J Rogers, instead of the phone numbers of Plaintiffs. Persons who search the Internet for moving services will find Plaintiffs' websites and Plaintiffs Google "places" and "locations", but with the phone number of J Rogers. Plaintiffs have no choice but to seek a court order so that Go Daddy and Google will allow Plaintiffs to remove the phone number of J Rogers from the Plaintiffs' web sites and replace it with Plaintiffs' phone number. Without court intervention, persons seeking moving services are calling J Rogers phone number. Plaintiffs' business has dropped to almost nothing.

## SECOND CAUSE OF ACTION

### (Breach of Contract)

11.     Plaintiffs repeat and allege each and every allegation in paragraphs 1 through 10, inclusive. and incorporates same herein by such reference.

12.     In January 2018, R Rogers and J Rogers made a verbal agreement in which J Rogers would be the general manager for the moving business. R Rogers would retain ownership of all of Plaintiffs' Property. J Rogers would pay R Rogers $5000 a month and pay to maintain R Rogers on his health insurance. J Rogers and R Rogers agreed that J Rogers

39.

could keep any profits from the moving business as long as the payments to R Rogers were made, that J Rogers could establish a corporation known as Move Guru Inc. that he would use as a vehicle for managing his income from the profits, and that all the assets of the Plaintiffs would remain owned by the Plaintiffs. As general manager, J Rogers owed a duty to R Rogers to manage the business in such a way as to maintain the value of Plaintiffs' Property, maintain the value of the moving business and safeguard Plaintiffs' Property.

13.     J Rogers breached his contractual obligations to R Rogers and Plaintiffs. J Rogers had transferred assets of the moving business from Plaintiffs to himself and Move Guru, Inc. J Rogers transferred control of Internet domains and phone numbers from Plaintiffs to himself and Move Guru, Inc. J Rogers had replaced the business phone number on the Internet domains with his own phone number. J Rogers re-registered title to the moving vans Plaintiffs to himself. J Rogers had transferred control of business emails from Plaintiffs to himself. J Rogers has stopped paying the agreed monthly compensation to R Rogers and his health insurance premiums.

14.     R Rogers has performed all contractual obligations required of them to be performed.

15.     Plaintiffs have been damaged in an amount to be proven at trial, but not less than $100,000.

### THIRD CAUSE OF ACTION

### (Breach of Fiduciary Duty and Unfair Competition)

16.     Plaintiff repeats and alleges each and every allegation in paragraphs 1 through 15, inclusive, and incorporates same herein by such reference.

17.     In January 2018, R Rogers and J Rogers made a verbal agreement in which J Rogers would be the general manager for the moving business. R Rogers would retain ownership of all of Plaintiffs' Property. J Rogers would pay R Rogers $5000 a month and maintain R Rogers on his health insurance. J Rogers and R Rogers agreed that J Rogers could keep any profits from the moving business as long as the payments to R Rogers were made, that J Rogers could establish a corporation known as Move Guru Inc. that he would use as a

Page 6

vehicle for managing his income from the profits, and that all the assets of the Plaintiffs would remain owned by the Plaintiffs. As general manager, J Rogers owed a fiduciary duty to R Rogers to manage the business in such a way as to maintain the value of Plaintiffs' Property, maintain the value of the moving business and safeguard Plaintiffs' Property. Plaintiffs placed their trust and confidence in J Rogers, in part because J Rogers is the son of R Rogers. As the general manager of the moving business and as the son of R Rogers, J Rogers owed a fiduciary duty to Plaintiffs' to manage the business in such a way as to maintain the value of Plaintiffs' Property, maintain the value of the moving business and safeguard Plaintiffs' Property. The conduct of J Rogers is likely to mislead the public into believing customers are contracting with Plaintiffs for moving services and instead receive substandard service. Plaintiffs have previously had a good reputation in the moving business. Defendants have wrongfully profited by using Plaintiffs' Property in competition with Plaintiffs.

18. J Rogers breached his fiduciary duty to R Rogers and Plaintiffs. J Rogers transferred assets of the moving business from Plaintiffs to himself and Move Guru, Inc. J Rogers transferred control of Internet domains and phone numbers from Plaintiffs to himself and Move Guru, Inc. J Rogers replaced the business phone number on the Internet domains with his own phone number. J Rogers re-registered title to the moving vans Plaintiffs to himself. J Rogers had transferred control of business emails from Plaintiffs to himself. Defendants' conduct constitutes unfair competition within the meaning of Business and Professions section 17200.

19. Plaintiffs have demanded that J Rogers cooperate in transferring title and control of Plaintiffs' Property from J Rogers back to Plaintiffs. Specifically, Plaintiffs have demanded that Defendants, including Move Guru, Inc. and R Rogers transfer control and title to the (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations", (3) Yelp accounts, (4) Yahoo email and aol email addresses to Plaintiffs. However, said Defendants have refused to do so.

20. Defendant's conduct was malicious, oppressive to Plaintiffs Rights, dishonest, in breach of Defendants' fiduciary duties to Plaintiffs, and thus Plaintiffs are entitled to punitive damages Plaintiffs in an amount to be proven at trial.

21. Plaintiffs have been damaged in an amount to be proven at trial including restitution of Defendants wrongful gains, but not less than $100,000.

## FOURTH CAUSE OF ACTION

### (Injunction and Accounting)

22. Plaintiffs repeat and allege each and every allegation in paragraphs 1 through 21, inclusive, and incorporates same herein by such reference.

23. Plaintiffs are informed and believe, and thereon allege, that unless Defendants are ordered to (1) not enter onto the Premises, (2) cooperate in transferring title and control of Plaintiffs' Property from J Rogers and Move Guru back to Plaintiffs, specifically, an order that Defendants, including Move Guru, Inc. and R Rogers, transfer control and title to the (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations", (3) Yelp accounts, (4) Yahoo email and aol email addresses described herein that are administered by Go Daddy, Yelp, Yahoo, aol and Google to Plaintiffs. Plaintiffs will suffer irreparable harm without such an order in that Plaintiffs' good reputation will be damaged and Plaintiffs will lose business and not be able to collect damages from Defendants. Plaintiffs are informed and believe, and thereon allege, that Defendants have profited from their unlawful use of Plaintiffs' Property in an unknown amount. It will be extremely difficult, if not impossible, for Plaintiffs to determine that amount. Therefore, Plaintiffs request that Defendants be ordered to provide an account of all funds received by Defendants while Defendants were in control and operating the moving business.

24. Plaintiff has no adequate remedy at law for the injuries that they have suffered, and will continue to suffer irreparable damage in the future.

25. Therefore, Plaintiff requests that the Court issue a temporary restraining order,

42.

preliminary and permanent injunction order that Defendants, including Move Guru, Inc. and J Rogers, and/or their officers, agents, employees, representatives, and all persons acting in concert or participating with them, directly or indirectly, (1) not enter onto the Premises, (2) cooperate in transferring title and control of Plaintiffs' Property from J Rogers and Move Guru back to Plaintiffs, specifically, an order that Defendants, including Move Guru, Inc. and J Rogers, transfer control and title to the (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations" administered by Google, (3) Yelp accounts, (4) Yahoo email, aol email addresses described herein, (3) that Defendants be ordered to provide an account of all funds received by Defendants while Defendants were in control and operating the moving business, and not to enter the Premises.

Plaintiffs pray for a judgment as follows:

## FIRST CAUSE OF ACTION

### (Declaratory Relief)

1. For a Judgment that Defendants have no interest in the Plaintiffs' Property and no right to use or control Plaintiffs' Property, specifically Defendants have no no right to control and use to (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations" administered by Google, (3) Yelp accounts, (4) Yahoo email, aol email addresses described herein, that said Internet domains and web sites are the property of Plaintiffs and that Plaintiffs are the only persons entitled to use or control said (1) the Internet domains and web sites administered by Go Daddy, (2) Google "places" and "locations" administered by Google, (3) Yelp accounts, (4) Yahoo email and, aol email addresses described herein.

## SECOND CAUSE OF ACTION

### (Breach of Contract)

1. For a Judgment that Plaintiffs have been damaged in an amount to be proven at trial, but not less than $100,000.

## THIRD CAUSE OF ACTION

**(Breach of Fiduciary Duty)**

1.  For damages in an amount to be proven at trial, but not less than $100,000.00.

2.  For punitive damages in an amount to be proven at trial.

## FOURTH CAUSE OF ACTION

### (Injunction)

1.  For a temporary restraining order, preliminary and permanent injunction that Defendants, including Move Guru, Inc. and J Rogers, and/or their officers, agents, employees, representatives, and all persons acting in concert or participating with them, directly or indirectly, (1) not enter onto the Premises, (2) cooperate in transferring title and control of Plaintiffs' Property, specifically (a) the Internet domains and web sites administered by Go Daddy, (b) Google "places" and "locations" administered by Google, (c) Yelp accounts, (d) Yahoo email and aol email addresses described herein, from J Rogers and Move Guru back to Plaintiffs, and (3) that Defendants be ordered to provide an account of all funds received by Defendants while Defendants were in control and operating the moving business.

## ON ALL CAUSES OF ACTION

1.  For attorney's fees and costs of suit herein incurred as allowed by law; and

2.  For such other and further relief as the court may deem proper.

Dated: _____, 2019                 LAW OFFICES OF JOHN G. WÜRM


By:_____
    JOHN G. WÜRM, Attorney for Plaintiffs
    Randall Lee Rogers, an individual
    Big Bear Moving, Inc., a California
    Corporation, Redlands Moving & Storage,
    Inc., a California Corporation and
    Big Bear Moving, LLC, a California
    Limited Liability Company

## VERIFICATION

I, Randal Lee Rogers am a party in this action. I have read the foregoing document entitled *Complaint* and know its contents. The matters stated in the foregoing document are true of my knowledge, except the matters that are stated on my information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed on September 25, 2019, at San Bernardino, California.

_____

Randal Lee Rogers

---

1

DECLARATION OF JOHN G. WURM FOR ADDITIONAL DISCOVERY

**EXHIBIT D**

46.

JOHN G. WURM (SBN 106475)
LAW OFFICES OF JOHN G. WÜRM
Post Office Box 1875
27321 North Bay Road
Lake Arrowhead, California 92352
Telephone: (909) 337-2557
Facsimile: (909) 336-3697
Email: jwunnlakearrowhead@gmail.com

Attorney for Plaintiffs RANDALL LEE ROGERS,
BIG BEAR MOVING, INC., REDLANDS MOVING
& STORAGE, INC., and BIG BEAR MOVING, LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 10 2020

BY _____
DEBRA PEDROSA, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY SAN BERNARDINO COUNTY,

SAN BERNARDINO DISTRICT, CIVIL DIVISION

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California Limited Liability Company, | Case No CIVDS 1928718 |
| | Assigned for all purposes to: Hon. Keith D. Davis Dept. S25 |
| Plaintiffs, | STIPULATION FOR ENTRY OF JUDGMENT |
| v. | |
| JAMES ROGERS; MOVE GURU, INC. a California corporation, and DOES 1 to 100, inclusive, | *Filed Concurrently:* [Proposed] Final Judgment on Stipulation |
| Defendants. | Action Filed: September 26, 2019 Trial Date: None Set |

Plaintiffs RANDALL LEE ROGERS, BIG BEAR MOVING, INC., BIG BEAR MOVING, LLC and REDLANDS MOVING & STORAGE, INC. ("Plaintiffs") filed this action against Defendants JAMES ROGERS and MOVE GURU, INC. ("Defendants") arising out of disputes involving a moving business. Defendants and Plaintiffs are sometimes

53
47.

hereinafter collectively referred to as "the Parties."

The Parties desire to fully settle and resolve the merits of the above-captioned action without further litigation. The Parties have reached an agreement to resolve this litigation without admission of liability or fault. A true and correct copy of the Mutual Release and Settlement Agreement dated ___12/31/19___ ("Settlement Agreement"), executed by all parties, is attached as Exhibit A. The Settlement Agreement provides that it shall be enforceable pursuant to Code of Civil Procedure § 664.6, and the Court shall retain jurisdiction to enforce its terms.

IT IS THEREFORE STIPULATED by the Parties that:

1. This case has been settled pursuant to § 664.6 of the Code of Civil Procedure on the terms set forth in the Settlement Agreement attached hereto.

2. Plaintiffs are entitled to judgment in the above-entitled action and in the form of the Final Judgment pursuant to Stipulation for Entry of Judgment ("Stipulation") attached hereto as provided for in the Settlement Agreement.

3. Pursuant to Code of Civil Procedure § 664.6, the Court shall retain jurisdiction of this action to decide any and all disputes, claims or controversies between the Parties regarding the validity, enforcement, interpretation or breach of the Settlement Agreement, Stipulation, and/or Judgment.

4. The Judgment shall be entered upon submission to the Court with this Stipulation.

5. This Stipulation for Entry of Judgment and the Judgment shall constitute a binding and final adjudication of the Parties' rights and liabilities in this action, and that the Judgment shall become final for all purposes upon entry of the Judgment.

6.    The Parties hereby waive any right to move for a new trial or otherwise seek to set aside the Judgment through any collateral attack, and further waive their right to appeal from the Judgment.

7.    The Parties acknowledge the fact that, in entering into this Stipulation for Entry of Judgment, they are acting of their own volition in reliance on advice of independent counsel and on their own determination and judgment as to their own interest.

8.    The provisions of this Stipulation for Entry of Judgment are severable and in the event any provision or portion of this Stipulation for Entry of Judgment and or the Judgment entered pursuant hereto is declared illegal or unenforceable, the remainder of the Stipulation for Entry of Judgment and/or Judgment entered pursuant hereto shall be effective and binding on the Parties.

SIGNATURES:

By _____
RANDALL LEE ROGERS

By _____
BIG BEAR MOVING, INC.

By _____
REDLANDS MOVING & STORAGE INC

By _____
BIG BEAR MOVING, LLC

By _____
JAMES ROGERS

By _____
MOVE GURU, INC.

# MUTUAL RELEASE AND SETTLEMENT AGREEMENT

This Mutual Release and Settlement Agreement, hereinafter referred to as the "Agreement," dated for reference purposes only as ___12/31/19___, is made and entered into by and between (1) RANDALL LEE ROGERS, BIG BEAR MOVING, INC., REDLANDS MOVING & STORAGE, INC and BIG BEAR MOVING. LLC, hereinafter referred to as "BIG BEAR" and (2) JAMES ROGERS and MOVE GURU, INC., hereinafter referred to as "MOVE GURU"

## RECITALS

BIG BEAR has filed an action in San Bernardino Superior Court Case No. CIVDS-1928718, against MOVE GURU. On November 15, 2019, the Court entered a Preliminary Injunction against MOVE GURU, a copy of which is attached as Exhibit A

The above is hereinafter referred to as "the DISPUTE." BIG BEAR and MOVE GURU wish to settle the DISPUTE and to release each other as to any claim that they may have against each other in regards to the DISPUTE, except as set forth below.

NOW, THEREFORE, in consideration of the mutual terms and covenants contained herein and for other valuable consideration, receipt of which is hereby acknowledged, it is mutually agreed as follows.

1.       The above recitals are incorporated herein as though set forth in full

2.       BIG BEAR and MOVE GURU agree that the terms of the Preliminary Injunction will be entered as Judgment in the action, pursuant to the Stipulated Judgment and Final Judgment attached as Exhibits B and C

3.       The Parties agree to cooperate and sign any document upon reasonable request and take any action necessary to fulfill their obligation under this Agreement, the Stipulation for Entry of Judgment, and Final Judgment, including but not limited to communicating to providers of internet domains, email addresses, Google plans, Google locations, Yelp accounts and other intellectual property providers

4.       BIG BEAR and MOVE GURU agree to release in full any claims they have against each

BB        MG

other that relate to, concern, involve, or arise from the DISPUTE except as provided in this Agreement and the Final Judgment.

5.  In exchange for the above stated consideration, except for the obligations created hereby or in the documents referenced in paragraphs 2 and 3 above, the Parties hereto, and each of them, do hereby for themselves and their executors, legal successors, assigns, agents, employees, officers, directors, co-owners, spouses, children, attorneys, insurers and shareholders release and absolutely discharge each other Party hereto and their respective executors, legal successors, assigns, agents, employees, officers, directors, co-owners, spouses, children, attorneys, insurers and shareholders of and from any and all claims, demands, damages, debts, liabilities, accounts, obligations, costs, expenses, actions and causes of action of every kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which they, and each of them, have or hold, or at any time heretofore had, owned or held, against the other Parties hereto, and each of them, so that no Party hereto shall have any claim of any nature or kind whatsoever arising out of the transaction that resulted in the DISPUTE, or otherwise.

The Parties hereto, and each of them, are aware of the fact that it is their respective intentions in accepting the consideration provided for herein that this Agreement shall be effective as a full and final accord and satisfaction and settlement of, and as a bar to each and every claim, demand, debt, account, reckoning, liability, obligation, cost, expense, lien, action and cause of action, heretofore referred to and released, which the Parties hereto have, may have, or have had, against the other Party in connection with the DISPUTE. Each Party hereto acknowledges that he or she is familiar with Section 1542 of the *Civil Code of the State of California*, which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
> WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT
> TO EXIST IN HIS OR HER FAVOR AT THE TIME OF
> EXECUTING THE RELEASE, WHICH, IF KNOWN BY HIM
> OR HER, MUST HAVE MATERIALLY AFFECTED HIS OR
> HER SETTLEMENT WITH THE DEBTOR.

The Parties hereto, and each of them, hereby waive and relinquish all rights and benefits they have or may have under Section 1542 of the *Civil Code of the State of California*. In connection with such waiver and relinquishment, the Parties hereto, and each of them, acknowledge that they are aware

BB : MG

that they or their attorneys may hereafter discover facts different from or in addition to those which they or their attorneys now know or believe to be true with respect to the DISPUTE, but that it is their intention that this Agreement remain in effect as a full and complete general release, notwithstanding any such different or additional facts.

6.       The Parties hereto, and each of them, warrant and represent to each other that they have not heretofore assigned or transferred or purported to assign or transfer to any person whomsoever, any claim, demand, damage, debt, liability, obligation, account, reckoning, cost, expense, lien, action and or other cause of action, or any part or portion thereof herein released. Each Party hereto agrees to indemnify and hold harmless each other Party against claim, demand, damage, debt, liability, obligation, account, reckoning, cost, expense, lien or cause of action, (including the payment of attorney's fees and costs actually incurred, whether or not involving litigation) based on or arising out of or in connection with any such transfer or assignment or purported transfer or assignment.

7.       The provisions of this Agreement shall be deemed to extend to the benefit of (in addition to each of the Parties hereto) each and all of the principals, officers, directors, agents, executors, employees, family members, and attorneys of each of the Parties hereto, and to the benefit of the parent, subsidiary, and affiliated companies of the Parties hereto and the officers, directors, agents, employees, and attorneys of each such parent, subsidiary and affiliate company, and their respective legal successors and assigns.

8.       Each of the Parties hereto acknowledges that this Agreement and the consideration specified herein, affects the settlement of claims which are denied and contested by each other Party, and further acknowledges that neither the consideration, nor anything contained herein, shall be construed as an admission by any Party hereto, or any of them, of any liability of any kind by or on behalf of any

BB_____  MG_____

MUTUAL RELEASE AND SETTLEMENT AGREEMENT - 3

Party to this Agreement. Each of the Parties hereto is to bear his own costs and attorney's fees.

9.    The Parties hereby agree and covenant that they shall execute any and all other instruments and documents reasonably required to effectuate this Agreement or any of its terms and provisions

10    In the event any provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the remainder of this Agreement shall be valid and enforceable to the maximum extent permitted by law.

11    The Parties to this Agreement represent they have read this Agreement in it entirety and understand all of its terms. The Parties further represent they are not relying in entering into this Agreement on any terms, conditions, covenants, warranties, or representations not contained herein and that any such terms conditions, covenants, warranties, or representations not contained herein, shall be of no force or effect. This document contains the entire understanding of the Parties and is to be interpreted as a fully integrated written agreement of the Parties

12    This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument, but is not effective until signed and initialed by all the Parties. A facsimile or scanned signature shall be deemed to be an original signature

13    The Parties will cooperate with any reasonable request to effectuate this Agreement. This Agreement is enforceable pursuant to Code of Civil Procedure see Section 664.6 and the Superior Court retains jurisdiction to enforce it.

SIGNATURES FOLLOW.

**SIGNATURES:**

By: _____
RANDALL LEE ROGERS

By: _____
BIG BEAR MOVING, INC.

By: _____
REDLANDS MOVING & STORAGE, INC

By: _____
BIG BEAR MOVING, LLC

By: _____
JAMES ROGERS

By: _____
MOVIE GURU, INC

BB        , MG

60   54.

# PROOF OF SERVICE
San Bernardino Superior Court Case CIVDS 19128718
*Randall Rogers, et al. v. James Rogers, et al.*

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is Post Office Box 1875, Lake Arrowhead, California, 92352.

On 1/8/20, I caused the document(s) described as **STIPULATION FOR ENTRY OF JUDGMENT** on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

David D. L. Horton, Esq.
**DAVID D. L. HORTON & ASSOCIATES, APC**
777 E. Tahquitz Canyon Way, Suite 200-092
Palm Springs, CA 92262

Phone (760) 364-5815, Fax (760) 364-5819
E-Mail: david@hortonesq.com

[ X ]  BY U.S. MAIL: I caused such envelope(s) to be deposited in the mail at Lake Arrowhead, California, with the postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party(ies) served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the State of California laws that the foregoing is true and correct. Executed on 1/8/20, at Lake Arrowhead, California

_____
JOHN G. WURM

# EXHIBIT E

62 **56.**

JOHN G. WURM (SBN 106475)
LAW OFFICES OF JOHN G. WÜRM
Post Office Box 1875
27321 North Bay Road
Lake Arrowhead, California 92352
Telephone: (909) 337-2557
Facsimile: (909) 336-3697
Email: jwurmlakearrowhead@gmail.com

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JAN 10 2020

BY _____
DEBRA PEDROSA  DEPUTY

Attorney for Plaintiffs RANDALL LEE ROGERS,
BIG BEAR MOVING, INC., REDLANDS MOVING
& STORAGE, INC., and BIG BEAR MOVING, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY SAN BERNARDINO COUNTY,

### SAN BERNARDINO DISTRICT, CIVIL DIVISION

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC. a California Limited Liability Company, | Case No. CIVDS 1928718 ~~1912871 8~~<br><br>Assigned for all purposes to:<br>Hon. Keith D. Davis<br>Dept. S25 |
| Plaintiffs, | **[PROPOSED] FINAL JUDGMENT ON STIPULATION** |
| v. | |
| JAMES ROGERS; MOVE GURU, INC. a California corporation; and DOES 1 to 100, inclusive, | *Filed Concurrently:*<br>Stipulation for Entry of Judgment |
| Defendants. | Action Filed: September 26, 2019<br>Trial Date:    None Set |

FINAL JUDGMENT ON STIPULATION

Based on the Stipulation for Entry of Judgment, entered into by Plaintiffs RANDALL LEE ROGERS, REDLANDS MOVING & STORAGE, INC., BIG BEAR MOVING, LLC, and BIG BEAR MOVING, INC. on the one hand, and Defendants JAMES ROGERS and MOVE GURU, INC. on the other hand;

Judgment is entered for RANDALL LEE ROGERS, REDLANDS MOVING & STORAGE, INC., BIG BEAR MOVING, LLC, and BIG BEAR MOVING, INC. and against JAMES ROGERS and MOVE GURU, INC. as set forth below:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants JAMES ROGERS and MOVE GURU, INC. and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them are hereby restrained from:

A.    Selling, transferring, pledging, encumbering, or hypothecating any purported interest in the following RANDAL ROGERS' internet domains or email addresses:

| | | | |
|---|---|---|---|
| 1. | Redlandsmoving.com | 13. | Lomalindamoving.com |
| 2. | Bigbearmoving.com | 14. | Movershighland.com |
| 3. | Beaumontmoving.com | 15. | Murrietamoving.com |
| 4. | Yucaipamoving.com | 16. | Promover.us |
| 5. | Avedabellagio.com | 17. | Randallrogers.rocks |
| 6. | Badassmoving.com | 18. | Sanbernardinomoving.com |
| 7. | Bellagioaveda.com | 19. | Surfcitymoving.com |
| 8. | Beachboysmoving.com | 20. | Temeculamoving.com |
| 9. | Bellagiohairsalon.com | 21. | Yucaipamoving.com |
| 10. | Highlandmovers.org | 22. | Move.guru |
| 11. | Humbleboots.horse | 23. | Lakearrowheadmoving.com |
| 12. | Bigbearmoving@yahoo.com *(email)* | | |

B.    IT IS FURTHER ORDERED that Defendants JAMES ROGERS and MOVE GURU, INC. and their agents, servants, employees, and representatives, and all persons acting

2

FINAL JUDGMENT ON STIPULATION

64 58.

in concert or participating with them, are hereby restrained from placing any contact information related to Defendants JAMES ROGERS or MOVE GURU, INC., including, but not limited to, any information concerning the physical address(es), phone number(s), or email address(es) of JAMES ROGERS and MOVE GURU, INC., concerning the domains and email addresses identified in Section A above and with respect to Google "places" and "locations" for the following California cities:   Lake Arrowhead, Running Springs, Big Bear Lake, Redlands, and San Bernardino.

C.     IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc. and their agents, servants, employees, and representatives, and all persons acting in concert or participating with them, shall cooperate with Randall Rogers to remove all contact information related to James Rogers and Move Guru, Inc., including but not limited to, any information concerning the physical address(es), phone number(s), or email address(es) of James Rogers and Move Guru, Inc., from the domains and email addresses identified in Section A above, and to cooperate with Randall Rogers and the business entities known as Yelp, Go Daddy, and Google (in particular with respect to Google "places" and "locations" for California cities Lake Arrowhead, Running Springs, Big Bear Lake, Redlands, and San Bernardino) to immediately remove all contact information, including, but not limited to, all physical addresses, phone numbers, and email addresses from the domains and email addresses identified in Section A above which are unrelated to Randall Rogers (which shall be determined by Randall Rogers), and to replace the unrelated physical addresses, phone numbers, and email addresses with information related to Randall Rogers.

D.     IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc., its agents, employees and servants are ordered not to enter on Plaintiffs' premises commonly known as 789 W. Rialto Ave., San Bernardino, Ca, California.

E.     IT IS FURTHER ORDERED that Defendants James Rogers and Move Guru, Inc., its agents, employees and servants are ordered not to take possession or interfere with Plaintiffs' use to following trucks and trailers:

FINAL JUDGMENT ON STIPULATION

| Truck No. | Truck Description | VIN Number |
|---|---|---|
| 1. | 2016 Ford F650 | 1FDNW6DC8GDA00211 |
| 3. | 2011 Ford F750 | 3FRXF7FL48V086093 |
| 4. | 2015 Ford F650 | 3FNRF6HD1FV728105 |
| 5. | 1999 Intnatl. | 1HTSCAAL5XH692396 |
| 6. | 2005 Sterling | 2FZACGCS55AP00273 |
| 7. | 2015 Ford F650 | 3FRWF6FC9FV704827 |
| 8. | 2015 Ford F650 | 3FRWF6FC2FV708413 |
| 9. | 2016 Ford F650 | 1FDNW6DC1GDA03578 |
| 10. | 1999 Intnatl. | 1HTSCAAM3XH234624 |
| 11. | 2011 Ford F750 | 3FRXF7FJ4BV125649 |
| 12. | 2011 Ford F750 | 3FRXF7FL6BV086094 |
| 14. | 2011 Interpro | 3HSDJSJR7BN393200 |
| 51. | 2015 K/W T600 | 1XKYDP9X8FJ444427 |
| PT | 2002 Ford F350 | 8341 (non-op) |
|  | 1986 Kentucky Trailer | 1KKVE4822GL076077 |
|  | 1980 KY Trailer | 1KKVE4829LL087782 |
|  | 1994 KY Trailer | 1KKVE5120RL098565 |
|  | 1994 KY Trailer | 1KKVES128SL102772 |
|  | 1998 KY Trailer | 1KKVE5323WL112791 |
|  | 1999 Intnl (CU) BT | 1HTSCAAM3X8234624 |
|  | 2011 Ford F750 Super Duty | 3FRXF7FJ4BV125649 |

60.

| 2011 Ford F750 | 3FRXF7FL4BV086093 |
| 2011 Ford F750 | 3FRXF7FL6BV086094 |
| 2015 Ford f-650 | 3FRWF6FC2FV708413 |
| 2015 Ford f-650 | 3FRWF6FC9FV704827 |
| 2015 Ford F-650 | 3FRNF6HD1FV728105 |
| 2015 Kenworth T600 | 1XKYDP9X8FJ444427 |
| 2016 Ford F-650 | 1FDNW6DC1GDA03578 |
| 2016 Ford F-650 | 1FDNW6DC8GDA00211 |

E.    IT IS FURTHER ORDERED that JAMES ROGERS and MOVE GURU, INC. will cooperate with any reasonable request, including but not limited to communicating with the administrators of domains, email addresses, Google "place" and "locations," Go Daddy, and Yelp to assist Plaintiff in efforts to change said domains, email addresses, Google "places" and "locations," Go Daddy and Yelp to assist Plaintiffs' business with internet advertising.

F.    Each Party shall bear his its own costs and attorney fees.  No damages are awarded to Plaintiffs.

DATED: _1/10/20_

DAVIS, Jr

SUPERIOR COURT JUDGE

**FINAL JUDGMENT ON STIPULATION**

**EXHIBIT F**

62.

The Wayback Machine - https://web archive.org/web/20080317190114/http:/  ww.bigbearmoving.com:80/

Big Bear Moving / Redlands Moving Southern (

Big Bear Moving / Redlands Moving
Moving Truck

- Home
- Storage
- Boxes
- Estimates
- Contact Us

Big Bear Moving and Redlands Moving have been locally owned and operated for over 40 years. The company has been in business since 1963.

With locations in Big Bear, Running Springs, Lake Arrowhead, Redlands, San Bernardino and Highland, California we are the largest mover in the Inland Empire and the only fully licensed mover in the San Bernardino mountains. We know that you'll find us to be the most professional full-service company in the area.

Let Big Bear/Redlands Moving help you with your move. We provide full moving services including packing for you. We'll move you anywhere in the world and we'll take care of your belongings. You can count on us to have the best service and best rates guaranteed. Give us a call at 1 800 400 MOVE (6683) for a free estimate or fill out our Estimate form on this web site and we'll contact you at your convenience.

We are a member in good standing with the BBB.  Also we are members of the AMSA and the CMSA.

License Numbers:

Cal-T:189660
MC: 138098
Us Dot: 1076656

**Proud member of the Better Business Bureau**

© 2006 - Big Bear Moving / Redlands Moving - 1 (800) 400 MOVE (6683) / 1 (800) 400-6683.

Located conveniently in Southern California in the Inland Empire, we can move you from anywhere to anywhere and will provide the lowest rates and best services guaranteed.

63.

**EXHIBIT G**

70 64.

Case 5:22-cv-00750-CJC-kk    Document 1-1    Filed 05/02/22    Page 71 of 97    Page ID
#:75

Big Bear Moving has been locally owned and operated for over 50 years. The company has been in business since 1963.

With locations in Big Bear, Running Springs, Lake Arrowhead, Redlands, San Bernardino and Highland, California we are the largest mover in the Inland Empire and the only fully licensed mover in the San Bernardino mountains. We know that you'll find us to be the most professional full-service company in the area.

Let Big Bear Moving help you with your move. We provide full moving services including packing for you. We'll move you anywhere in the world and we'll take care of your belongings. You can count on us to have the best service and best rates guaranteed.

Give us a call at 1 800 400 MOVE (6683) for a free estimate or fill out our Estimate form on this website and we'll contact you at your convenience.

Located conveniently in Southern California in the Inland Empire, we can move you from anywhere to anywhere and will provide the lowest rates and best services guaranteed.

  

We are also members of the AMSA and the CMSA.

© 2006 - Big Bear Moving / Redlands Moving - 1 (800) 400 MOVE (6683) / 1 (800) 400-6683                    Site Design © Quantum Web Designers & Hosting

**EXHIBIT H**

66.

Case 5:22-cv-00750-CJC-kk   Document 1-1   Filed 05/02/22   Page 73 of 97   Page ID #:979



# (909) 383-3111



**50+ Years of Experience**

**Big Bear Moving** has been locally owned and operated for over 50 years. The company has been in business since 1963.

With locations in Big Bear, Running Springs, Lake Arrowhead, Redlands, San Bernardino and Highland, California we are the largest mover in the Inland Empire and the only fully licensed mover in the San Bernardino mountains. We know that you'll find us to be the most professional full-service company in the area.

Let Big Bear Moving help you with your move. We provide full moving services including packing for you. We'll move you anywhere in the world and we'll take care of your belongings. You can count on us to have the best service and best rates guaranteed.

Give us a call at 1 800 400 MOVE (6683) for a free estimate or fill out our Estimate form on this website and we'll contact you at your convenience.

Located conveniently in Southern California in the Inland Empire, we can move you from anywhere to anywhere and will provide the lowest rates and best services **guaranteed**.





Rating: A+

We are also members of the AMSA and the CMSA.

**Licensed and Insured**
Cal-T:190858
I.C.C-MC: 138098
US DOT: 1076656

For more information, send us an email at BigBearMoving@aol.com,

or

Click here to call us at (909) 383-3111.

© 2015
Website Design by Quantum Web Designers

Image

**EXHIBIT I**

The Wayback Machine - https://web. hive.org/web/20190101080448/http:// bearmoving.com/

# Big Bear Moving





Big Bear Moving has been locally owned and operated for over 50 years. The company has been in business since 1963.

With locations in Big Bear, Redlands, Running Springs, Lake Arrowhead, San Bernardino, Highland and Riverside California we are the largest mover in the Inland Empire and the only fully licensed mover in the San Bernardino mountains. We know that you'll find us to be the most professional full service company in the area.

Let Big Bear Moving help you with your move. We provide full moving services including packing for you. We'll move you anywhere in the world and we'll take care of your belongings. You can count on us to have the best service and best rates guaranteed.

70.

https://web.archive.org/web/20190101080448/http://bigbearmoving.com/

Give us a call at 1 800 400 MOVE (683) for a free estimate or fill out our estimate form on this website and we'll contact you at your convenience.

Located conveniently in Southern California in the Inland Empire, we can move you from anywhere to anywhere and will provide the lowest rates and best services **guaranteed**.



We are also members of the AMSA and the CMSA

**Licensed and Insured**
Cal-T:190858
I.C.C-MC: 138098
US DOT: 1076656

For more information, send us an email at

or



**EXHIBIT J**

## allan grants-law.com

| | |
|---|---|
| **From:** | allan grants-law.com |
| **Sent:** | Thursday, August 12, 2021 1:30 PM |
| **To:** | WordPress.com Support |
| **Cc:** | domainabuse@automattic.com; Automattic Trust & Safety |
| **Subject:** | Transfer of "BigBearMoving.com" issued by Court to my Client Randal Rogers and his businesses |
| **Attachments:** | BB-Final Judgment-conformed.pdf; BB-Stipulation-conformed.pdf |

Dear Automattic,

I sent this e-mail this morning and I have not received any confirmation that it was received !

Attached herewith is a Final Judgement and Stipulation for Entry of Judgment issued by the Court regarding the transfer of the domain name "BigBearMoving.com" to my client Randal Lee Rogers and his business.

Please confirm receipt of this e-mail ?

Please advise what you need to transfer the domain "BigBearMoving.com" over to my client's account ?

Sincerely,

Allan Grant, Esq.
GRANTS LAW FIRM
www.grants-law.com
3890 11th Street # 400
Riverside, CA 92501
Tel: (951) 544-5248
Toll Free: (888) 937-7555
Fax: (866) 858-6637
E-mail: allan@grants-law.com

---

**From:** WordPress.com Support help@wordpress.com
**Sent:** Thursday, August 12, 2021 12:54 PM
**To:** allan grants-law.com allan@grants-law.com
**Subject:** Thank you for contacting the WordPress.com support team! (#4218094)

Hi there,

Your support request has been submitted to our team of Happiness Engineers. Rest assured that your email arrived safely and our support team will be in touch as soon as we can.

If you have any new details, or happen to find the answer yourself in the mean time, just reply to this email directly to keep us updated. Additionally, you might want to check out our daily webinars - https://wordpress.com/webinars - and our support documentation - https://wordpress.com/support.

Thank you for your patience and we'll be in touch soon!

- The WordPress.com Support Team

1

79 **73.**

**From:** allan grants-law.com
**Sent:** Thursday, August 12, 2021 9:18 AM
**To:** domainabuse@automattic.com
**Cc:** Allan Grant <allan_grant@sbcglobal.net>
**Subject:** Transfer of "BigBearMoving.com" issued by Court to my Client Randal Rogers and his businesses

Dear Automattic,

Attached herewith is a Final Judgement and Stipulation for Entry of Judgment issued by the Court regarding the transfer of the domain name "BigBearMoving.com" to my client Randal Lee Rogers and his business.

Please confirm receipt of this e-mail ?

Please advise what you need to transfer the domain "BigBearMoving.com" over to my client's account ?

Sincerely,

Allan Grant, Esq.
GRANTS LAW FIRM
www.grants-law.com
3890 11th Street # 400
Riverside, CA 92501
Tel: (951) 544-5248.
Toll Free: (888) 937-7555
Fax: (866) 858-6637
E-mail: allan@grants-law.com

2

74.

**allan grants-law.com**

| | |
|---|---|
| **From:** | Automattic Trust & Safety <legal@wordpress.com> |
| **Sent:** | Tuesday, August 17, 2021 7:16 AM |
| **To:** | allan grants-law.com |
| **Subject:** | [-] Transfer of "BigBearMoving.com" issued by Court to my Client Randal Rogers and his businesses |
| **Attachments:** | BB-Final Judgment-conformed (1).pdf; BB-Stipulation-conformed (1).pdf |

## Automattic Trust & Safety (Automattic)

Hello,

We have received your correspondence and we're reviewing your legal process.

Regards,

Automattic Trust & Safety

81 75.

**allan grants-law.com**

| | |
|---|---|
| **From:** | Automattic Trust & Safety <legal@wordpress.com> |
| **Sent:** | Wednesday, August 18, 2021 12:37 PM |
| **To:** | allan grants-law.com |
| **Subject:** | [-] Transfer of "BigBearMoving.com" issued by Court to my Client Randal Rogers and his businesses |
| **Attachments:** | BB-Final Judgment-conformed.pdf; BB-Stipulation-conformed.pdf |

**Automattic Trust & Safety** (Automattic)

Hello,

Thank you for bringing this to our attention. However, please note that we are not in a position to arbitrate ownership disputes, or assess the validity of your claims regarding this domain.

If you wish to pursue the matter, the Uniform Domain-Name Dispute-Resolution Policy (UDRP), put in place by ICANN, is designed specifically to help in these situations.

You can read about the UDRP here:

https://www.icann.org/resources/pages/help/dndr/udrp-en

The UDRP provides a mandatory, low-cost administrative procedure to resolve claims of abusive, bad faith domain name registration.

You can also send your request to transfer the domain name directly to the registrant.

If you would like Automattic to consider taking action on this domain name, please obtain an order from a court (in the United States) directing Automattic to take action. You can submit your request to legal@wordpress.com once you've obtained the proper documentation.

Regards,

Automattic Trust & Safety

1

82 76.

**EXHIBIT K**

The Wayback Machine - https://web.a~ ~ive.org/web/20201028105856/http://big~ ~rmoving.com/cgi-sys/defaultwebp...



If you are the owner of this website, please contact your hosting provider:
webmaster@bigbearmoving.com

It is possible you have reached this page because:







78.

cPanel

Copyright © 2020 cPanel, L.L.C.

85 79.

# EXHIBIT L

80.



If you are the owner of this website, please contact your hosting provider:
webmaster@bigbearmoving.com

It is possible you have reached this page because:







81.

cPanel
Copyright © 2022 cPanel, L.L.C.

*82.*

www.bigbearmoving.com/cgi-sys/defaultwebpage.cgi



If you are the owner of this website. please contact your hosting provider:

It is possible you have reached this page because:

**The IP address has changed.**
The IP address for this domain may have changed recently. Check your DNS settings to verify that the domain is set up correctly. It may take 8-24

**There has been a server misconfiguration.**
You must verify that your hosting provider has the correct IP address configured for your Apache settings and

**The site may have moved to a different server.**
The URL for this domain may have changed or the hosting provider may have moved the account to a different server.

89

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Rogers

VS.

Automattic

CASE NO.: _____

CIV SB 2200903

**CERTIFICATE OF ASSIGNMENT**

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the

San Bernardino District _____ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General          [ ] Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract | Performance in the district is expressly provided for. |
| [X] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [ ] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other _____ | _____ |
| [ ] | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Randall Lee Rogers _____          789 W. Rialto Ave _____
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR          ADDRESS

San Bernardino _____          California _____          92415 _____
CITY          STATE          ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on 1/6/21 _____ at Lake Arrowhead _____, California

_____
Signature of Attorney/Party

**CERTIFICATE OF ASSIGNMENT**

ORIGINAL

13-16503-360,
Rev 06-2014 Mandatory



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Rogers et al -v- Automattic, Inc. et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number |
| | CIVSB2200903 |

This case has been assigned to:  Gilbert Ochoa in Department S24 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:  08/29/2022  at 9:00 AM in Department S24 - SBJC

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown.  (see Emergency Local Rule 411.1).

Parties shall file and serve no later than 15 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice.  Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference.

Date:  3/2/2022                                    Nancy CS Eberhardt, Court Executive Officer

By: _____
Alma Vallejo Garcia, Deputy Clerk

---

### CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☒ Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐ Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐ A copy of this notice was given to the filing party at the counter.

☐ A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing:  3/2/2022

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 3/2/2022 at San Bernardino, CA.

By: _____
Alma Vallejo Garcia, Deputy Clerk

# EXHIBIT 2

Melinda M. Morton (Bar No. 209373)
E-mail: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
1117 S California Ave, Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Defendant
AUTOMATTIC, INC. dba WORDPRESS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

CENTRAL JUSTICE CENTER - CIVIL

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>AUTOMATTIC, INC., dba WORDPRESS, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CIV SB 2200903<br><br>**ANSWER TO COMPLAINT**<br><br>Dept:     S24<br>Judge:    Hon. Gilbert Ochoa<br><br>Complaint Filed:   January 12, 2022<br>Trial Date:     Not Set |

AUTOMATTIC ("Defendant"), for itself alone, hereby responds to Plaintiffs RANDALL LEE ROGERS, BIG BEAR MOVING, INC., REDLANDS MOVING & STORAGE, INC., and BIG BEAR MOVING, LLC's (collectively, "Plaintiffs") Complaint as follows:

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure section 431.30, Defendant generally and specifically denies each, every, and all of the allegations of the Complaint, and the whole thereof. Defendant further denies that Plaintiff has sustained, or will sustain, any injury, damage, or loss, whatsoever, by reason of any act, omission, breach, or negligence, or any other conduct or the absence thereof, on the part of Defendant, or of any agent, servant, or employee of Defendant.

ANSWER TO COMPLAINT

93

CASE NO. CIV SB 2200903

## SEPARATE AND ADDITIONAL DEFENSES

1. Defendant asserts and alleges the separate and additional defenses set forth below without admitting any wrongful conduct on the part of Defendant.  By designating the following defenses as separate and additional defenses, Defendant does not agree or concede that the defenses are, in fact, affirmative defenses, or that Defendant has the burden of proof or persuasion with respect to any of them.  These defenses are pleaded in the alternative and are raised to preserve the rights of Defendant to assert such defenses, and are without prejudice to Defendant's ability to raise other and further defenses:

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses in the alternative as separate and distinct affirmative defenses to each and every purported cause of action alleged in the Complaint.

## FIRST AFFIRMATIVE DEFENSE
## (FAILURE TO STATE A CLAIM)

1. The Complaint, and each and every cause of action alleged therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
## (UNINTELLIGIBLE)

2. The Complaint, and each and every cause of action alleged therein, fails to provide adequate notice to Defendant because it is unintelligible.

## THIRD AFFIRMATIVE DEFENSE
## (47 U.S.C. § 230)

3. The Complaint, and each and every cause of action alleged therein, is barred by Section 230 of the Communications Decency Act of 1996.

## FOURTH AFFIRMATIVE DEFENSE
## (REGISTRAR IMMUNITY)

4. The Complaint, and each and every cause of action alleged therein, fails to state a cognizable claim for relief against Defendant because Defendant is a registrar.

2
ANSWER TO COMPLAINT

**FIFTH AFFIRMATIVE DEFENSE**

**(Laches)**

5.  The Complaint, and each and every cause of action alleged therein, is barred by the equitable doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

6.  The Complaint, and each and every cause of action alleged therein, is barred, in whole or in part, by Plaintiffs' failure to mitigate their alleged damages.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Lack of Causation)**

7.  Plaintiffs' alleged damages, if any, were not substantially caused by any act, conduct, or failure to act by Defendant.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

8.  The Complaint, and each and every cause of action alleged therein, is barred by the applicable statute of limitations.

**NINTH AFFIRMATIVE DEFENSE**

(Right to Assert Additional Separate and Affirmative Defenses)

9.  Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, and as yet unstated, separate and additional defenses available to it.  Defendant therefore reserves the right to assert additional separate and additional defenses in the event discovery indicates they are appropriate.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Defendant requests relief as follows:

1.      That Plaintiffs take nothing by reason of their Complaint;

2.      That the Complaint be dismissed with prejudice and that judgment be entered in favor of Defendant and against Plaintiffs;

3

120783-00000024/5880074.2

CASE NO. CIV SB 2200903

3.    For reasonable attorneys' fees incurred herein;

4.    For costs of suit; and

5.    For such other and further relief as this Court may deem just and proper.


DATED: May 2, 2022                          PROCOPIO, CORY, HARGREAVES &
                                                SAVITCH LLP


                                        By: _____
                                            Melinda M. Morton
                                            Jacob K. Poorman
                                            Attorneys for Defendant
                                            AUTOMATTIC, INC. dba WORDPRESS

**PROOF OF SERVICE**

I, Gesel Guerrero, am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 1117 S. California Avenue, Suite 200, Palo Alto, CA 94304. On May 2, 2022, I served the within documents:

1.  **ANSWER TO COMPLAINT**

☐ **BY ELECTRONIC SERVICE** based upon court order or an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided.

☑ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

John G. Wurm
Law Offices of John G. Wurm
Post Office Box 1875
Lake Arrowhead, CA 92352
27321 North Bay Road

☑ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 2, 2022 at Palo Alto, California.

_____
Gesel Guerrero

5

ANSWER TO COMPLAINT

120783-00000024/5880074.2

CASE NO. CIV SB 2200903