JS-6

LAW OFFICES OF JOHN G. WURM
P.O. Box 1875, Lake Arrowhead, CA 92352
Telephone: (909) 337-2557

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| RANDALL LEE ROGERS, an individual; BIG BEAR MOVING, INC., a California corporation; REDLANDS MOVING & STORAGE, INC., a California corporation; and BIG BEAR MOVING, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATTIC, INC., d/b/a WORDPRESS.COM, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE No. 5:22-CV-00750-SHK<br>*(Removed from San Bernardino County Superior Court, Case No. CIVSB2200903)*<br><br>**ORDER FOR STIPULATION OF DISMISSAL**<br><br>Action Filed:   January 12, 2022<br>Trial:           Not Set |

## ORDER OF DISMISSAL

Pursuant to the *Stipulation* of the parties under *Federal Rule of Civil Procedure 41(a)(1)(ii)*, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs. The Clerk is directed to close the file.

DATED: July 1, 2022

Hon. Cormac J. Carney
U.S. District Judge